Anne M. Bevington, Esq. (SBN 111320)
Tino X. Do, Esq. (SBN 221346)
Allan D. Shuldiner (SBN 252259)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: abevington@sjlawcorp.com
Email: tdo@sjlawcorp.com
Email: ashuldiner@sjlawcorp.com

Attorneys for Plaintiffs / Counter-Defendants,
Pension Plan for Pension Trust Fund for Operating Engineers, et al.

Roger M. Mason, Esq. (CA Bar No. 107486)
SWEENEY, MASON, WILSON & BOSOMWORTH
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
rmason@smwb.com

Attorneys for Defendant / Counter-Plaintiff Tri-County Grading & Paving, Inc.

Ronald W. Brown, Esq. (SBN 107340)
rbrown@cookbrown.com
Barbara A. Cotter, Esq. (SBN 142590)
bcotter@cookbrown.com
Cook Brown, LLP
2407 J Street, Second Floor
Sacramento, CA 95816
Telephone: (916) 442-3100
Facsimile: (916) 442-4227

Attorneys for Defendant Tricounty Excavation, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., <br><br>Plaintiffs, <br><br>v. <br><br>TRICOUNTY EXCAVATION, INC., a California corporation; TRI COUNTY GRADING & PAVING, INC., a California | Case No.: 3:19-cv-06653-VC <br><br>**JOINT STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM; [PROPOSED] ORDER** |

1

**JOINT STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM**

**Case No. 3:19-cv-06653-VC**  P:\CLIENTS\OE3WL\CASES\Tri County Grading & Paving, Inc\Pleadings\Word Versions + Fillable PDFs\TCGP - Joint Stipulation to Continue Briefing and Hearing Dates for MTD v1.doc

| | |
|---|---|
| corporation,<br><br>　　　　　Defendants. | Date: January 30, 2020<br>Time: 10:00 a.m.<br>Courtroom: 4, 17th Floor<br>　　　　450 Golden Gate Ave.<br>　　　　San Francisco, CA 94102<br>Judge: Hon. Vince Chhabria<br><br>Complaint filed: October 16, 2019<br>Trial Date: Not Set |

**TO THE CLEK OF THE UNITED STATES DISTRICT COURT:**

Pursuant to U.S.D.C. Northern District of California Local Rule 6-2, Plaintiffs Pension Plan for Pension Trust Fund for Operating Engineers, et al., by and through their undersigned counsel, Defendant Tri-County Grading & Paving, Inc., by and through its undersigned counsel, and Defendant Tricounty Excavation, Inc., by and through its undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the briefing and hearing date for Plaintiffs' Motion to Dismiss TCGP's Counterclaim be continued for fourteen (14) days.

Good cause exists for this stipulation as Defendants' Opposition(s) to the Motion are currently due on January 2, 2020, and counsel for Defendants are out of the office due to pre-planned holiday vacations. The parties request that the Court continue the briefing and hearing dates for Plaintiff's Motion to Dismiss as follows:

- January 16, 2020 - Defendants' deadline to file Oppositions;
- January 23, 2020 - Plaintiffs' deadline to file Reply
- February 13, 2020 - hearing on Plaintiff's Motion to Dismiss.

DATED: December 23, 2019　　　　　　　　**SALTZMAN & JOHNSON LAW CORPORATION**

　　　　　　　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　　　Tino X. Do
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**JOINT STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM**
**Case No. 3:19-cv-06653-VC**　　P:\CLIENTS\OE3WL\CASES\Tri County Grading & Paving, Inc\Pleadings\Word Versions + Fillable PDFs\TCGP - Joint Stipulation to Continue Briefing and Hearing Dates for MTD v1.doc

DATED: December 23, 2019     **SWEENEY, MASON, WILSON & BOSOMWORTH**

By: _____/S/_____
Roger M. Mason
Attorneys for Defendant Tri-County Grading & Paving, Inc.

DATED: December 23, 2019     **COOK BROWN, LLP**

By: _____/S/_____
Ronald W. Brown
Attorneys for Defendant Tricounty Excavation, Inc.

CERTIFICATION RE: SIGNATURES

I attest that concurrence in the filing of this document has been obtained from the other Signatory.

DATED: December 23, 2019

By: _____/S/_____
Tino X. Do

---

3

**JOINT STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM**
**Case No. 3:19-cv-06653-VC**  P:\CLIENTS\OE3WL\CASES\Tri County Grading & Paving, Inc\Pleadings\Word Versions + Fillable PDFs\TCGP - Joint Stipulation to Continue Briefing and Hearing Dates for MTD v1.doc

Having reviewed the above Stipulation, and good cause appearing, the parties' request to continue the briefing and hearing dates for Plaintiffs' Motion to Dismiss is approved.

**IT IS SO ORDERED.**

DATE: December 30, 2019

The Hon. Vince Chhabria
U.S. District Court Judge

4

**JOINT STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM**
**Case No. 3:19-cv-06653-VC** P:\CLIENTS\OE3WL\CASES\Tri County Grading & Paving, Inc\Pleadings\Word Versions + Fillable PDFs\TCGP - Joint Stipulation to Continue Briefing and Hearing Dates for MTD v1.doc