UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRICOUNTY EXCAVATION, INC., et al.,<br><br>Defendants. | Case No. 19-cv-06653-VC<br><br>**ORDER DENYING MOTION TO DISMISS AND CONVERTING CASE MANAGEMENT CONFERENCE TO TELEPHONIC**<br><br>Re: Dkt. No. 26 |

The motion to dismiss the counterclaim is denied without prejudice to the plaintiffs raising the statute of limitations issue in its summary judgment briefing. The Court is tentatively of the view that Tri-County Grading & Paving may properly raise defensive arguments regarding its exemption from complete withdrawal liability that the arbitrator did not reach, though the parties should be sure to address whether the case must be remanded to the arbitrator for consideration of those arguments in the first instance.

The hearing on the motion set for February 13, 2020 is vacated. The case management conference set for that date is converted to a telephonic case management conference to take place at 10:00 a.m. The plaintiffs shall provide the Court and all other parties a conference line and applicable access code to use during the hearing by no later than 12:00 p.m. PST, on February 12, 2020, by way of email to the Court (vccrd@cand.uscourts.gov) with a cc to opposing counsel.

**IT IS SO ORDERED.**

Dated: February 11, 2020

VINCE CHHABRIA
United States District Judge