Anne M. Bevington, Esq. (SBN 111320)
Tino X. Do, Esq. (SBN 221346)
Allan D. Shuldiner (SBN 252259)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: abevington@sjlawcorp.com
Email: tdo@sjlawcorp.com
Email: ashuldiner@sjlawcorp.com

Attorneys for Plaintiffs / Counter-Defendants,
Pension Plan for Pension Trust Fund for Operating Engineers, et al.

Roger M. Mason, Esq. (CA Bar No. 107486)
SWEENEY MASON LLP
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
rmason@smwb.com

Attorneys for Defendant / Counter-Plaintiff Tri-County Grading & Paving, Inc.

Ronald W. Brown, Esq. (SBN 107340)
rbrown@cookbrown.com
Barbara A. Cotter, Esq. (SBN 142590)
bcotter@cookbrown.com
COOK BROWN, LLP
2407 J Street, Second Floor
Sacramento, CA 95816
Telephone: (916) 442-3100
Facsimile: (916) 442-4227

Attorneys for Defendant Tricounty Excavation, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRICOUNTY EXCAVATION, INC., a California corporation; TRI COUNTY GRADING & PAVING, INC., a California | Case No.: 3:19-cv-06653-VC<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT ARBITRATION RECORD; DECLARATION OF TINO X. DO; [~~PROPOSED~~] ORDER**<br><br>Complaint filed: October 16, 2019 |

1

**JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT ARBITRATION RECORD**

**Case No. 3:19-cv-06653-VC**   P:\CLIENTS\OE3WL\CASES\Tri County Grading & Paving, Inc\Pleadings\Word Versions + Fillable PDFs\Joint Stip re Arb Record.doc

corporation,

        Defendants.

      Pursuant to U.S.D.C. Northern District of California Local Rule 6-2, Plaintiffs / Counter-Defendants Pension Plan for Pension Trust Fund for Operating Engineers, et al., by and through their undersigned counsel, and Defendant / Counter-Plaintiff Tri-County Grading & Paving, Inc. and Defendant Tricounty Excavation, Inc., by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline to submit the Arbitration Record be continued from April 2, 2020 to April 23, 2020.

      Good cause exists for this stipulation as the current health crisis has forced counsel to work from home which has made administrative functions such as preparing and filing the documents to the Arbitration Record unexpectedly difficult. The parties agree that while they will be able to file an Index of the Stipulated Arbitration Record by April 2, 2020, additional time is needed to submit the full Stipulated Arbitration Record to the Court.

DATED: March 30, 2020        **SALTZMAN & JOHNSON LAW CORPORATION**

By:     /S/
Tino X. Do
Attorneys for Plaintiffs

DATED: March 30, 2020        **SWEENEY MASON LLP**

By:     /S/
Roger M. Mason
Attorneys for Defendant Tri-County Grading & Paving, Inc.

DATED: March 30, 2020        **COOK BROWN, LLP**

By:     /S/
Ronald W. Brown
Attorneys for Defendant Tricounty Excavation, Inc.

2
**JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT ARBITRATION RECORD**

**Case No. 3:19-cv-06653-VC**    P:\CLIENTS\OE3WL\CASES\Tri County Grading & Paving, Inc\Pleadings\Word Versions + Fillable PDFs\Joint Stip re Arb Record.doc

## CERTIFICATION RE: SIGNATURES

I attest that concurrence in the filing of this document has been obtained from the other Signatory.

DATED: March 30, 2020

By: _____/S/_____
Tino X. Do

## DECLARATION OF TINO X. DO

I, Tino X. Do, declare that I have personal knowledge of the following facts and if called as a witness I could testify competently thereto:

1. I am licensed to practice law in the State of California and I am an associate at Saltzman & Johnson Law Corporation, attorneys for the Pension Plan for Pension Trust Fund for Operating Engineers, and its Board of Trustees ("Plan") (collectively, "Plaintiffs"). I am one of the attorneys responsible for handling this matter and in that capacity I am familiar with the events and documents discussed below.

2. On February 24, 2020, following the parties' February 19, 2020 telephonic Initial Case Management Conference, the Court issued a Minute Order stating the schedule for the parties' cross-motions for judgment on the record. The Court directed Plaintiffs to submit the stipulated record from arbitration by April 2, 2020, with Plaintiffs' opening brief due by April 23, 2020.

3. I have communicated with counsel for Defendants to prepare the Stipulated Arbitration Record. The current health crisis has forced me and the other attorneys to work from home which has made administrative functions such as preparing and filing documents difficult. The parties agree that while they will be able to file an Index of the Stipulated Arbitration Record by April 2, 2020, additional time is needed to submit the full Stipulated Arbitration Record to the Court.

4. Accordingly, the parties request to file an Index of the Stipulated Arbitration Record by April 2, 2020, and to submit the documents to the Stipulated Arbitration Record with Plaintiffs'

3
**JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT ARBITRATION RECORD**

**Case No. 3:19-cv-06653-VC**  P:\CLIENTS\OE3WL\CASES\Tri County Grading & Paving, Inc\Pleadings\Word Versions + Fillable PDFs\Joint Stip re Arb Record.doc

Opening Brief by April 23, 2020.

5. The parties' only previous request for time modification in this matter was a Joint Stipulation to continue the briefing and hearing dates for Plaintiffs' motion to dismiss Defendant Tri-County Grading & Paving's Counterclaim, filed on December 23, 2019.

6. The requested continuance of the deadline to submit the Stipulated Arbitration Record will not affect the briefing or hearing dates set by the Court with its February 24, 2020 Minute Order.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed upon this 30th day of March 2020, at Alameda, California.

Tino X. Do

Having reviewed the above Stipulation, and good cause appearing, the parties' request to continue the deadline to submit the Stipulated Arbitration Record to April 23, 2020 is granted.

**IT IS SO ORDERED.**

DATE: April 6, 2020

U.S. DISTRICT JUDGE VINCE CHHABRIA

---

4

**JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT ARBITRATION RECORD**

Case No. 3:19-cv-06653-VC      P:\CLIENTS\OE3WL\CASES\Tri County Grading & Paving, Inc\Pleadings\Word Versions + Fillable PDFs\Joint Stip re Arb Record.doc