UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TRICOUNTY EXCAVATION, INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-06653-VC<br><br>**ORDER RE HEARING** |

At the hearing, the parties should be prepared to discuss the following questions: If the Court concludes that the arbitrator erred in its assessment of what constitutes a "transaction" for purposes of the evade or avoid statute, and erred also in treating a transfer of assets as a threshold requirement for imposing successor liability, what action should the Court take? Should the Court remand to the arbitrator for further proceedings, or should the Court itself adjudicate any remaining issues in the case? Furthermore, does the Court have any discretion in making the decision about whether to remand, or is the Court legally required to take a particular approach? The parties should be prepared to cite authorities in support of their positions. Lastly, to the extent the parties believe the case should remain in District Court, what further proceedings would be necessary to adjudicate any remaining issues?

　　**IT IS SO ORDERED.**

Dated: July 7, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge