Anne M. Bevington (SBN 111320)
Tino X. Do (SBN 221346)
Allan D. Shuldiner (SBN 252259)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: abevington@sjlawcorp.com
Email: tdo@sjlawcorp.com
Email: ashuldiner@sjlawcorp.com

Attorneys for Plaintiffs / Counter-Defendants,
Pension Plan for Pension Trust Fund for Operating Engineers, et al.

Roger M. Mason (SBN 107486)
SWEENEY, MASON, WILSON & BOSOMWORTH
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032
Telephone: (408) 356-3000
Email: rmason@smwb.com

Attorneys for Defendant / Counter-Plaintiff Tri-County Grading & Paving, Inc.

Ronald W. Brown (SBN 107340)
Barbara A. Cotter, (SBN 142590)
Cook Brown, LLP
2407 J Street, Second Floor
Sacramento, CA 95816
Telephone: (916) 442-3100
Email: rbrown@cookbrown.com
Email: bcotter@cookbrown.com

Attorneys for Defendant Tricounty Excavation, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRICOUNTY EXCAVATION, INC., a California corporation; TRI COUNTY GRADING & PAVING, INC., a California corporation,<br><br>Defendants. | Case No.: 3:19-cv-06653-VC<br><br>**JOINT STIPULATION TO REOPEN CASE AND ENTER DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON** |

1

1   Plaintiffs Pension Plan for Pension Trust Fund for Operating Engineers, et al., by and through their undersigned counsel, Defendant Tri-County Grading & Paving, Inc., by and through its undersigned counsel, and Defendant Tricounty Excavation, Inc., by and through its undersigned counsel, hereby agree and stipulate to reopen the case and enter a voluntary dismissal of the entire action with prejudice, the Court to retain jurisdiction to enforce the parties' Settlement Agreement.

On August 7, 2020, the Court ordered that the case be dismissed without prejudice following the July 31, 2020 Settlement Conference Minute Order which advised that the parties had resolved the case.

The parties have executed a Settlement Agreement, and now request that the Court amend its conditional Order of Dismissal without prejudice to dismiss the Action with prejudice, each party to bear its own attorneys' fees and costs.  The parties further request that the Court retain jurisdiction to enforce the Settlement Agreement in this Action.

DATED: October 13, 2020   **SALTZMAN & JOHNSON LAW CORPORATION**

By: _____/S/_____
Tino X. Do
Attorneys for Plaintiffs

DATED: October 13, 2020   **SWEENEY, MASON, WILSON & BOSOMWORTH**

By: _____/S/_____
Roger M. Mason
Attorneys for Defendant Tri-County Grading & Paving, Inc.

DATED: October 13, 2020   **COOK BROWN, LLP**

By: _____/S/_____
Ronald W. Brown
Attorneys for Defendant Tricounty Excavation, Inc.

## CERTIFICATION RE: SIGNATURES

I attest that concurrence in the filing of this Joint Stipulation has been obtained from the other Signatories.

DATED: October 13, 2020

By: _____/S/_____
Tino X. Do

## ORDER

The parties having stipulated, and good cause appearing therefor, IT IS HEREBY ORDERED that this action be, and it hereby is, DISMISSED with prejudice, each party to bear its own attorneys' fees and costs, and that the Court retains jurisdiction to enforce the parties' Settlement Agreement.

IT IS SO ORDERED.

DATED: _October 15_, 2020



HON. _____
United States District Judge

3

JOINT STIPULATION TO REOPEN CASE AND ENTER DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON
Case No. 3:19-cv-06653-VC