UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>        Plaintiff,<br><br>   v.<br><br>TRICOUNTY EXCAVATION, INC., et al.,<br><br>        Defendant. | 19-cv-06653-VC<br><br>**JUDGMENT** |

    Judgment is entered in accordance with the order dismissing the case with prejudice. *See* Dkt. No. 78. The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated: October 16, 2020

_____
VINCE CHHABRIA
United States District Judge